**≡PLATEAU**

# Auto Incident Report
# 24007 AK- Meta Aiken,SC - PEI Jun 23rd, 2025

| Properties | |
|---|---|
| **Author** | Cason Williamson |
| **Date Created** | Jun 27th, 2025, 4:25am |
| **Company** | Plateau Excavation, Inc. |
| **Project** | 24007 AK- Meta Aiken,SC - PEI |
| **State *** | Georgia |
| **Employee Name *** | KENNETH W. WILLIAMS - 136330 |
| **Incident Date *** | Jun 23rd, 2025 |
| **Incident Time *** | 1:20 pm |
| **Incident Reported to *** | Joseph Dudley |
| **Date Reported *** | Jun 26th, 2025 |
| **Time Reported *** | 8:20 am |
| **Make and model of the other vehicle** | Nissan Rogue |
| **Is the vehicle operable? *** | Yes |
| **Estimated cost of other vehicle damage** | NA |
| **Where did the incident occur?** | Offsite |

**Auto Incident Description**

The Plateau driver was in stop and go traffic on I-20. The driver of the Rogue switched lanes to be in front of our driver. Once she moved into the same lane as the Plateau driver she slammed on her brakes and our driver hit the back of her vehicle. Very minor damage to the rear bumper. No injuries at the time of the accident.

| | |
|---|---|
| **Roadway** | I-20 East |
| **Cross Street/ Mile Marker** | Aiken,SC |
| **Weather *** | Sunny |
| **Police Report Number** | Will submit when it is available. |
| **Were there any injuries? *** | No |
| **Company Truck Number *** | T06 |

## Incident Photos (4)



Image



Image



Image



Image