IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

MIA BROWN,

               *Plaintiff*,

v.

KENNETH WILLIAMS and PLATEAU
EXCAVATION, INC.,

               *Defendants*.

Civil Action No. 1:26-cv-00616-MGL

**DEFENDANTS' RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES**

Defendants Kenneth Williams and Plateau Excavation, Inc. (collectively, "Defendants"), by and through their undersigned counsel, states as follows for their responses to the Local Rule 26.01 Interrogatories:

**INTERROGATORIES**

(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: None.**

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Defendants do not object to Plaintiff's jury demand.**

(C)    State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

1

85864371;3

**RESPONSE: Defendant Kenneth Williams is a natural person. Defendant Plateau Excavation, Inc. is not a public company and is a subsidiary of Sterling Infrastructure, Inc., which is a publicly-traded company. Plateau Excavation, Inc. does not own 10% or more of the shares of any publicly-traded company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE: No challenge is made by Defendants to the appropriateness of the division.**

(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE: Defendants are not aware of any related action in the United States District Court for the District of South Carolina.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: Not applicable.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE: Defendants do not, at this time, contend that any third party or entity is liable to Plaintiff or Defendants.**

2

(H)     Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE:  Plaintiff Mia Brown is, upon information and belief, a citizen of North Carolina. Defendant Kenneth Williams and Defendant Plateau Excavation, Inc. are citizens of Georgia.**

This 24th day of March, 2026.

**AKERMAN LLP**

*/s/ Chadwick S. Devlin*
Chadwick S. Devlin (Bar No. 12390)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3823
chadwick.devlin@akerman.com

Samuel G. Mann (*pro hac vice* forthcoming)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (704) 625-7703
samuel.mann@akerman.com

*Counsel for Defendants*

85864371;3

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing *DEFENDANTS'*

*RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES* with the Clerk of the Court using the

CM/ECF system, and served on all counsel of record via the Court's CM/ECF system.

This 24th day of March, 2026.

<div style="margin-left:40%">

**AKERMAN LLP**

*/s/ Chadwick S. Devlin*
Chadwick S. Devlin (Bar No. 12390)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3823
chadwick.devlin@akerman.com

*Counsel for Defendants*

</div>

4

85864371;3