AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| MIA BROWN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00616-MGL |
| KENNETH WILLIAMS and PLATEAU EXCAVATION, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kenneth Williams and Plateau Excavation, Inc.                                                                                    .

Date:        04/03/2026

/s/ Amy Errichiello
*Attorney's signature*

Amy Errichiello (14720)
*Printed name and bar number*

Akerman LLP
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
*Address*

amy.errichiello@akerman.com
*E-mail address*

(336) 296-7126
*Telephone number*

(704) 625-0300
*FAX number*