IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Mia Brown,<br><br>        Plaintiff,<br><br>v.<br><br>Kenneth Williams.,<br><br>        Defendants. | C/A No.: <u>1:26-cv-00616-MGL</u><br><br><br><br>**JOINT RULE 26(f) REPORT** |

    The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____    We agree that the schedule set forth in the Conference and Scheduling Order filed **March 25, 2026** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

X___    We agree that the schedule set forth in the Conference and Scheduling Order filed **March 25, 2026** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties**

_____    We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

[*Signature on Following Page*]

2

**MORGAN & MORGAN, PA**

*/s/ Cooper Klaasmeyer*
James G. Biggart, II, Esquire (Fed. Bar 14195)
Cooper Klaasmeyer, Esquire (Fed. Bar 14272)
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
(843) 973-5186
**Attorneys for the Plaintiff**

April 28, 2026
North Charleston, SC

**AKERMAN LLP**

*/s/ Amy Errichiello*
Amy Errichiello (ID No. 14720)
Samuel G. Mann (*pro hac vice* forthcoming)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (704) 625-7703
amy.errichiello@akerman.com
samuel.mann@akerman.com

Chadwick S. Devlin (ID No. 12390)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3823
chadwick.devlin@akerman.com

*Counsel for Defendants*