IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Mia Brown, <br><br>         Plaintiff, <br><br> v. <br><br> Kenneth Williams and <br> Plateau Excavation, Inc., <br><br>        Defendants. | C/A No.: <u>1:26-cv-00616-MGL</u> <br><br><br> **JOINT DISCOVERY PLAN** |

The Parties submit the following discovery plan developed at the 26(f) Conference:

(A)  What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.

  **RESPONSE:**

  **Rule 26(a)(1) Disclosures will be made on or before the deadline in the parties' proposed amended scheduling order.**

(B)  The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

  **RESPONSE:**

  **Discovery will be needed into the facts and circumstances surrounding the allegations of the complaint, liability, the Plaintiff's damages, and the defenses asserted in the Defendant's Answer. Discovery should be completed on or before the deadline in the parties' proposed amended scheduling order.**

(C)  Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

  **RESPONSE:**

  **The parties agree that they will produce electronic information in either TIFF or the native digital format where feasible and available. The parties do not waive their right to object to the disclosure of certain information. The parties do not anticipate any other issues regarding discovery of electronically stored information at this time.**

(D)     Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the Court to include their agreement in an order.

       **RESPONSE:**

       **Issues about claims of privilege or protection as trial-preparation materials have not arisen at this time.**

(E)     What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

       **RESPONSE:**

       **The parties are not aware of any changes that should be made on the limitations on discovery at this time.**

(F)     Any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c).

       **RESPONSE:**

       **The parties are not aware of any additional orders that the Court should enter under these rules at this time but expressly reserve their ability to move for relief under Rule 26(c) should or Rule 16(b) and (c) should the need arise.**

**MORGAN & MORGAN, PA**

*/s/ Cooper Klaasmeyer*
James G. Biggart, II, Esquire (Fed. Bar 14195)
Cooper Klaasmeyer, Esquire (Fed. Bar 14272)
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
(843) 973-5186
**Attorneys for the Plaintiff**

April 27, 2026
North Charleston, SC

2

**AKERMAN LLP**

/s/ Amy Errichiello
Amy Errichiello (ID No. 14720)
Samuel G. Mann (*pro hac vice* forthcoming)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (704) 625-7703
amy.errichiello@akerman.com
samuel.mann@akerman.com

Chadwick S. Devlin (ID No. 12390)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3823
chadwick.devlin@akerman.com


*Counsel for Defendants*