**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

MIA BROWN,

*Plaintiff,*

v.

KENNETH WILLIAMS and PLATEAU
EXCAVATION, INC.,

*Defendants.*

Civil Action No. 1:26-cv-00616-MGL

**Application/Affidavit for
*Pro Hac Vice* Admission**

(1)     <u>Name</u>.  Samuel _____ G. _____ Mann _____
           First                          Middle                         Last

(2)     <u>Residence</u>. I reside in the following state: North Carolina _____
         If a South Carolina resident, indicate months/years of residence: _____

(3)     <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the
         following firm:

         Firm name: Akerman LLP _____
         Mailing address: 101 South Tryon Street, Suite 1910 _____ City/State/Zip Charlotte, NC 28280
         Telephone number: (704) 625-7700 _____
         Facsimile number: (704) 625 0300 _____
         E-mail address: samuel.mann@akerman.com _____
         (Application will not be considered without an e-mail address to receive electronic notification.)

(4)     <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to
         comply with the applicable statutes, laws, and rules of the State of South Carolina, with all
         applicable federal statutes, laws, and rules, including Local Rules of the United States District
         Court for the District of South Carolina. I consent to the jurisdiction of the United States District
         Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)     Regular Practice of Law. I am a member in good standing of the bar of the highest court of the
         States of North Carolina and New York where I regularly practice law. **Attached are certificates
         of good standing from the State of North Carolina and the State of New York.**

(6)     Additional Bar Membership. I have been admitted to practice before the following courts: (List all
         of the courts Applicant has been admitted to practice before: United States District Courts; United

_____

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules
of procedure and related materials may be obtained.

86119529;2

States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing | |
|---|---|---|---|
| U.S. District Court, Southern District of New York | 2/18/2015 | ☒Yes | ☐No |
| U.S. District Court, Eastern District of New York | 3/17/2015 | ☒Yes | ☐No |
| U.S. District Court, Western District of North Carolina | 1/12/2026 | ☒Yes | ☐No |
| U.S. District Court, Middle District of North Carolina | 1/16/2026 | ☒Yes | ☐No |

(7)    Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes  ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)    Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)    Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes  ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)   Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)   Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐Yes  ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

86119529,2

(12)  Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

| | |
|---|---|
| Attorney Name: | Amy Errichiello |
| Firm Name: | Akerman LLP |
| Street Address or Post Office Box: | 101 South Tryon Street, Suite 1910 |
| City, State, and Zip Code: | Charlotte, NC 28280 |
| Telephone Number: | (336) 296-7126 |
| E-Mail Address: | amy.errichiello@akerman.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with applicable rules of procedure. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

(14)  Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with the Local Rules of the United States District Court for the District of South Carolina or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:
Kenneth Williams and Plateau Excavation, Inc.

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

**Sworn to and subscribed before me**
this 29th day of April, 2026.

_____
A Notary Public
of the State of North Carolina

My Commission expires: 12-29-2039

*[Notary seal: Melissa McGugan, NOTARY PUBLIC, MY COMMISSION EXPIRES 12-29-2039, MECKLENBURG COUNTY, N.C.]*

# Supreme Court of North Carolina



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, hereby certify that on January 28, 2022, a license to practice as an Attorney and Counselor at Law in the several Courts of this State was issued by the North Carolina Board of Law Examiners to

## Samuel Giffin Mann

according to the certified list of licentiates reported by the Board and filed in my office.

As of the date of this certificate, no order revoking the license has been filed with this Court and no order suspending the license is in effect.

WITNESS my hand and the seal of the Supreme Court of North Carolina, April 16, 2026.

Grant E. Buckner
Clerk of the Supreme Court



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Samuel Giffin Mann

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 17, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on April 15, 2026.



Clerk of the Court

CertID-00285023



# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020