**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

MIA BROWN,

*Plaintiff*,

v.                                                                                   Civil Action No. 1:26-cv-00616-MGL

KENNETH WILLIAMS and PLATEAU
EXCAVATION, INC.,                                                         **ORDER**

*Defendants*.

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and

considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Samuel G. Mann who represents defendants Kenneth Williams and Plateau Excavation, Inc.

□        Be **granted** admission *pro hac vice* in this case.

□        Be **denied** admission *pro hac vice* in this case.


_____                          _____
Date                                                                    United States District/Magistrate Judge