**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | |
|---|---|
| MIA BROWN,<br><br>*Plaintiff*,<br>v.<br><br>KENNETH WILLIAMS and PLATEAU EXCAVATION, INC.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00616-MGL |

**DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(c)**

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 7.02, Defendants Kenneth Williams and Plateau Excavation, Inc., respectfully move, with Plaintiff's consent, for entry of the proposed Consent Confidentiality Order attached as **Exhibit A** (the "Proposed Protective Order"). In support of this motion, Defendants state as follows.

1. Rule 26(c) expressly authorizes the Court, for good cause, to enter an order protecting a party from public disclosure of information that causes or is likely to cause competitive harm, including an order requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way. Fed. R. Civ. P. 26(c)(1)(G). The Proposed Protective Order provides that protection through customary designation, disclosure-limitation, and data-security provisions.

2. Defendants have agreed to, and intend to, produce internal policy and procedure documents, among other proprietary company materials, in response to Plaintiff's discovery requests. Those materials risk disclosure of confidential business information that would cause competitive harm if disseminated outside this litigation.

3. Good cause thus exists for entry of the Proposed Protective Order. The terms reflected in the Proposed Protective Order are standard and do not prejudice Plaintiff's ability to pursue her case. Many federal district courts employ standardized form orders covering such matters and, even in districts where such orders are not standardized, it is common practice for parties in cases involving corporate litigants to enter stipulated protective orders similar to the Proposed Protective Order.

4. The parties have agreed on the terms of the Proposed Protective Order attached as Exhibit A.

5. Plaintiff consents to entry of the Proposed Protective Order, and this motion is therefore unopposed.

**WHEREFORE**, Defendants respectfully request that the Court enter the Proposed Protective Order attached as Exhibit A, and grant such other and further relief as the Court deems just and proper.

This 20th day of August, 2026.

**AKERMAN LLP**

*/s/ Amy Errichiello*
Amy Errichiello ((SC Bar No. 107070)
Samuel G. Mann (admitted *pro hac vice*)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (704) 625-7703
samuel.mann@akerman.com
amy.errichiello@akerman.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, I electronically filed the foregoing ***DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(c)*** with the Clerk of the Court using the Court's CM/ECF system, which will automatically effect service upon all counsel of record.

**AKERMAN LLP**

*/s/ Amy Errichiello*
Amy Errichiello (SC Bar No. 107070)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (336) 296 7126
amy.errichiello@akerman.com

*Counsel for Defendants*