**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

MIA BROWN,

*Plaintiff*,

v.

KENNETH WILLIAMS and PLATEAU EXCAVATION, INC.,

*Defendants*.

Civil Action No. 1:26-cv-00616-MGL

**CONSENT MOTION TO AMEND THE AMENDED SCHEDULING ORDER AND EXTEND DISCOVERY AND RELATED DEADLINES**

Pursuant to Rules 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 6.01 (D.S.C.), Defendants Kenneth Williams and Plateau Excavation, Inc. (collectively, "Defendants"), with the consent of Plaintiff Mia Brown ("Plaintiff"), respectfully move this Court to extend the discovery completion deadline to December 18, 2026, and to extend the related unexpired deadlines set forth in the Amended Conference and Scheduling Order by a corresponding period. In support of this Motion, the parties state as follows:

1. On April 29, 2026, the Court entered the Amended Conference and Scheduling Order governing this case (the "Scheduling Order"). Among other deadlines, the Scheduling Order provides that discovery shall be completed no later than October 26, 2026.

2. The parties have diligently pursued discovery during the period provided by the Scheduling Order. Among other things, the parties have exchanged written discovery and initial document productions and have completed the depositions of Defendant Kenneth Williams on August 28, 2026 and Plaintiff Mia Brown on September 2, 2026.

3. A meaningful amount of discovery nonetheless remains to be completed. Following Ms. Brown's deposition, the parties discussed and agreed that Plaintiff would provide a supplemental production of documents and records. That supplemental production has not yet been made. Defendants also made a supplemental production of documents since that deposition. The parties anticipate that the supplemental production may give rise to additional follow-up discovery and/or discovery disputes.

4. The parties have scheduled mediation for October 14, 2026. To ensure the outstanding discovery is produced sufficiently in advance of mediation, the parties have proposed to produce the agreed-upon supplemental materials no later than September 30, 2026. A modest extension will allow the parties adequate time to review the supplemental production, conduct any necessary follow-up discovery, and complete discovery following mediation in the event that the case does not settle therein.

5. Good cause exists to extend the deadlines. The requested extension is sought before the current discovery completion deadline expires, is not sought for purposes of delay, and will not prejudice any party. The extension will instead promote an orderly and efficient completion of discovery and facilitate the parties' mediation.

6. This is the first request to extend the deadlines addressed in this Motion.

7. The parties request that the discovery completion deadline be extended to January 15, 2027, and that each related unexpired deadline identified below be extended by a corresponding period. The proposed amended deadlines are set forth in the table below and in the proposed Second Amended Scheduling Order attached as Exhibit A. Because the requested extension affects more than one deadline in the Scheduling Order, a proposed amended scheduling order including

all deadlines not then expired is submitted with this Motion in accordance with Local Civil Rule 6.01 (D.S.C.).

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's expert witness disclosures and reports | July 22, 2026 | November 9, 2026 |
| Records custodian affidavits | August 24, 2026 | November 20, 2026 |
| Defendants' expert witness disclosures and reports | August 24, 2026 | December 12, 2026 |
| Completion of discovery | October 26, 2026 | January 15, 2027 |
| Mediation completed | January 4, 2027 | January 4, 2027 |
| All other motions (incl. dispositive) | November 11, 2026 | February 5, 2027 |
| Fed. R. Civ. P. 26(a)(3) pretrial disclosures | January 20, 2027 | April 16, 2027 |
| Motions in limine | February 3, 2027 | April 30, 2027 |
| Pretrial briefs and exhibit exchange | Seven days prior to jury selection | Seven days prior to jury selection |
| Subject to jury selection/trial on or after | February 24, 2027 | May 21, 2027 |

8. Counsel for the parties have conferred regarding this Motion. Plaintiff consents to the relief requested, and this Motion is submitted on consent of all parties.

**WHEREFORE**, the parties respectfully request that the Court grant this Consent Motion and enter the proposed Second Amended Scheduling Order attached as Exhibit A, together with such other relief as the Court deems just and proper.

This 25th day of September, 2026.

**AKERMAN LLP**

*/s/ Amy Errichiello*
Amy Errichiello (SC Bar No. 107070)
Samuel G. Mann (admitted *pro hac vice*)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (704) 625-7703
samuel.mann@akerman.com
amy.errichiello@akerman.com

*Counsel for Defendants*

CONSENTED TO BY:

**MORGAN & MORGAN, PA**

*/s/ Cooper Klaasmeyer*
James G. Biggart, II, Esquire (Fed. Bar 14195)
Cooper Klaasmeyer, Esquire (Fed. Bar 14272)
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
(843) 973-5186

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically filed the foregoing ***CONSENT MOTION TO AMEND THE AMENDED SCHEDULING ORDER AND EXTEND DISCOVERY AND RELATED DEADLINES*** with the Clerk of the Court using the Court's CM/ECF system, which will automatically effect service upon all counsel of record.

**AKERMAN LLP**

*/s/ Amy Errichiello*
Amy Errichiello (SC Bar No. 107070)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (336) 296 7126
amy.errichiello@akerman.com

*Counsel for Defendants*