**IN THE DISTRICT COURT OF THE UNITED STATES**
**DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

MIA BROWN,

*Plaintiff*,

vs.

KENNETH WILLIAMS and
PLATEAU EXCAVATION, INC.,

*Defendants*.

Case No.: 1:26-cv-00616-MGL

**PLAINTIFF'S RULE 26(A)(2) EXPERT WITNESS DISCLOSURES**

Plaintiff Mia Brown hereby submits her expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Plaintiff has not retained any expert witnesses pursuant to Rule 26(a)(2)(B) at this time.

Plaintiff reserves the right to call her treatment providers as witnesses. Plaintiff anticipates that her treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. Plaintiff's treating providers who may be called testify at trial and are known at this time are as follows:

**1. Jason Crowder, MD**
Southern Imaging Services / SIS Raleigh
8300 Health Park, Suite 221, Raleigh, NC 27615

Dr. Jason Crowder is a board-certified radiologist who performed the read of Plaintiff's MRIs following the subject collision.

Dr. Crowder is expected to testify concerning his interpretation of Plaintiff's September 21, 2025 MRI studies and opinions stated in his radiology reports. His testimony is expected to be limited to the findings, impressions, and opinions formed in his review of the imaging as a treating physcian.

Dr. Crowder is expected to testify consistent with his MRI reports that the cervical MRI showed straightened cervical lordosis, multilevel spondylosis, and a central C6-C7 disc

herniation impinging the dural sac; that the lumbar MRI showed multilevel spondylosis, bilateral L4-L5 foraminal stenosis, facet arthrosis, and L5-S1 facet-joint effusions; that the right-ankle MRI showed mild posterior tibial tendinosis and tenosynovitis with mild plantar fasciitis; and that the right-wrist MRI showed mild ECU tendinosis.

2. **Kimberly A. Clark, MD**
Cape Fear Valley Hoke Hospital
210 Medical Pavilion Drive Raeford, North Carolina 28376

Dr. Kimberly Clark is an board-certified emergency medicine specialist who is expected to testify regarding Plaintiff's emergency-department evaluation and treatment on June 25, 2025, following the June 23, 2025 motor-vehicle collision. Dr. Clark is expected to testify concerning Plaintiff's history of present illness and complaints; physical examination; diagnostic testing; diagnoses; medications and treatment provided; discharge instructions; and opinions, if any, formed during treatment concerning the relationship of Plaintiff's complaints and diagnosed conditions to the collision.

Dr. Clark's anticipated testimony includes that Plaintiff presented with post-collision neck, back, flank, and radiating leg complaints; was diagnosed with acute cervical strain, left trapezius strain, and right chest-wall contusion; received ketorolac; and was prescribed baclofen and oral ketorolac. Dr. Clark's testimony will be consistent with their medical records and bills.

3. **Thai Truong, MD**
Apex Orthopaedics Spine & Neurology
8300 Health Park, Suite 221 Raleigh, North Carolina 27615

Dr. Thai Truong is a board-certified physical medicine & rehabilitation physician who provided care for Plaintiff following the June 23, 2025, collision.

Dr. Truong is expected to testify regarding Plaintiff's orthopedic, spine, neurologic, interventional-pain, ankle, wrist, and headache-related treatment. He is expected to testify regarding Plaintiff's history; complaints; examination findings; diagnoses; imaging review; medication recommendations; procedures; response to treatment; prognostic opinions; and recommendations for additional treatment.

Dr. Truong is expected to testify that Plaintiff presented with persistent neck and low-back pain, headaches, right ankle pain, and right wrist pain following the collision. He may testify regarding findings including restricted and painful cervical and lumbar range of motion, paraspinal tenderness, positive straight-leg raises, right ankle pain with motion, and right wrist/TFCC-region tenderness.

Dr. Truong is expected to testify regarding clinical correlation with the following imaging findings as reviewed during treatment:

- C6-C7 central disc herniation impinging the dural sac;
- multilevel cervical spondylosis and straightened cervical lordosis;
- bilateral L4-L5 foraminal stenosis;
- L4-S1 facet arthropathy and L5-S1 facet effusion;
- right posterior tibial tendinosis/tenosynovitis and mild plantar fasciitis; and
- right extensor carpi ulnaris tendinosis/inflammation.

Dr. Truong is expected to testify regarding his diagnoses, including cervicalgia; cervical disc herniation and stenosis; lumbago; lumbar radiculopathy; lumbar foraminal stenosis; lumbar facet arthropathy and effusion; post-traumatic headaches; right ankle tenosynovitis; and aggravation of preexisting right wrist symptoms with ECU tendon inflammation.

Dr. Truong is expected to testify regarding the treatment rendered and recommended, including topical medications, gabapentin, propranolol, wrist bracing, chiropractic care, hyperbaric oxygen therapy, right ankle tibiotalar and right wrist TFCC injections, bilateral C3-C5 medial branch blocks, bilateral L4-S1 and L2-L4 facet injections, platelet-rich plasma procedures, and bilateral L5 transforaminal epidural injections. He is also expected to testify regarding Plaintiff's reported treatment response, including complete temporary relief of right ankle and wrist pain after the November 2025 injections; temporary relief following cervical and lumbar procedures; recurrence of right ankle complaints; and continuing low-back/radicular complaints.

4. **Erik T. Bendiks, MD**
Apex Orthopaedics Spine & Neurology
8300 Health Park, Suite 221 Raleigh, North Carolina 27615

Dr. Erik Bendiks is a board-certified orthopedic surgeon and a Fellow of the American Academy of Orthopaedic Surgeons.

Dr. Bendiks is expected to testify regarding the September 14, 2026 bilateral L5 transforaminal epidural PRP procedure, including the clinical indication, fluoroscopic procedure, treatment rendered, Plaintiff's tolerance, and opinions formed in his treatment of Plaintiff. Additionally, Dr. Bendiks is expected to testify regarding his ongoing care for Ms. Brown, including her recent surgery consultation and any planned future treatment.

Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement his list of treatment providers and to call any treatment provider as a witness at the trial of this case.

Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

**MORGAN & MORGAN, P.A.**
By: /s/Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
E-Mail: cooper.klaasmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
*Counsel for Plaintiff*

North Charleston, SC
November 10, 2026