**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | |
|---|---|
| MIA BROWN,<br><br>*Plaintiff*,<br>v.<br><br>KENNETH WILLIAMS and PLATEAU EXCAVATION, INC.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00616-MGL |

**DEFENDANTS' NOTICE OF FILING AND SERVICE OF**
**RECORDS CUSTODIAN DECLARATION**

Defendants Kenneth Williams and Plateau Excavation, Inc. ("Defendants"), by and through undersigned counsel, hereby give notice that Defendants have filed and served the attached Declaration of Joseph Bergen, Logistics Support and Telematics, Plateau Excavation, Inc., as a records custodian or other qualified person for records Defendants may offer by affidavit at trial pursuant to Federal Rules of Evidence 803(6), 902(11), and Local Civil Rule 16.02(D)(3) (D.S.C.).

The declaration covers the following categories of Plateau records: (1) the detailed vehicle telemetry report and related ELD/telematics export data for device IRP T-06 and the relevant Plateau vehicle for June 22, 2025 through June 24, 2025, plus any records tying the device or vehicle to Defendant Kenneth Williams and the June 23, 2025 collision; (2) personnel, employment, qualification, training, safety, and disciplinary records for Defendant Kenneth Williams; and (3) collision, incident, accident, internal safety, and dispatch records relating to the June 23, 2025 collision involving Plaintiff Mia Brown, Defendant Kenneth Williams, and Plateau Excavation, Inc.

Defendants state that the declaration and corresponding records have been served on all counsel of record and made available for inspection sufficiently in advance of trial to allow Plaintiff a fair opportunity to challenge the records and the certification.

Any objections to the attached declaration must be made within fourteen (14) days after service of this disclosure, unless otherwise ordered by the Court. *See* Local Civ. Rule 16.02(D)(3) (D.S.C.). This notice therefore starts the fourteen (14) day objection period upon service.

Defendants reserve all rights, arguments, and/or objections concerning admissibility, relevance, hearsay, privilege, confidentiality, completeness, and the scope of any record or record category. Defendants also reserve the right to supplement or withdraw this notice, declaration, and record designations as permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Civil Rules, and any applicable scheduling order.

Defendants further intend to identify the records custodian and/or the records, as appropriate, in their Federal Rule of Civil Procedure 26(a)(3) pretrial disclosures and/or proposed pretrial order.

November 24, 2026

**AKERMAN LLP**

*s/ Amy Errichiello*
Samuel G. Mann (admitted *pro hac vice*)
Amy Errichiello (SC Bar No. 14720)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (704) 625-7703
samuel.mann@akerman.com
amy.errichiello@akerman.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I electronically filed the foregoing ***DEFENDANTS' NOTICE OF FILING AND SERVICE OF RECORDS CUSTODIAN DECLARATION*** with the Clerk of the Court using the Court's CM/ECF system, which will automatically effect service upon all counsel of record.

**AKERMAN LLP**

*s/ Amy Errichiello*

Amy Errichiello (SC Bar No. 14720)
101 South Tryon Street, Suite 1910
Charlotte, NC 28280
Telephone: (336) 296 7126
amy.errichiello@akerman.com

*Counsel for Defendants*

**DECLARATION OF JOSEPH BERGEN REGARDING BUSINESS RECORDS OF PLATEAU EXCAVATION, INC.**

I, Joseph Bergen, declare as follows:

1. I am over eighteen years of age, competent to testify to the matters stated in this declaration, and I make this declaration based on my personal knowledge and my review of Plateau Excavation, Inc.'s business records and recordkeeping systems.

2. I am employed by Plateau Excavation, Inc. ("Plateau") as Logistics Support and Telematics manager. My business address is 375 Lee Industrial Blvd, Austell, GA 30168.

3. In my position, I am familiar with Plateau's policies and regular practices for creating, receiving, recording, storing, retrieving, preserving, and producing business records, including records maintained in paper, electronic, database, fleet management, electronic logging device, telematics, personnel, safety, dispatch, claims, and incident reporting systems.

4. I am a records custodian for Plateau, or otherwise a qualified person, with respect to the categories of records identified in this declaration and in Exhibit A.

5. The records identified in Exhibit A are originals or true and correct copies of records maintained by Plateau in the regular course of its business.

6. The records identified in Exhibit A were made at or near the time of the acts, events, conditions, information, or transactions reflected in those records, by Plateau personnel, systems, vendors, or other persons with knowledge, or from information transmitted by persons with knowledge to Plateau personnel.

7. The records identified in Exhibit A were kept in the course of Plateau's regularly conducted business activity.

8. Making, receiving, transmitting, storing, and maintaining the records identified in Exhibit A was a regular practice of Plateau's regularly conducted business activity.

9. Based on my knowledge of Plateau's recordkeeping practices and the records identified in Exhibit A, I am not aware of any source of information, method of preparation, or circumstance of preparation indicating that the records are untrustworthy.

10. For electronic records, including the detailed vehicle telemetry report for device IRP T-06; related ELD, telematics, vehicle, trip, speed, location, coordinate, ignition, idling, engine-on, stop-time, distance, and movement event data; and any native export or source-system data supporting that report, Plateau uses electronic systems in the ordinary course of business to capture, store, retrieve, and export data. Those systems generate or maintain data as part of Plateau's regular fleet, safety, compliance, and operational activities.

11. For personnel, employment, driver qualification, training, safety, and disciplinary records for Defendant Kenneth Williams, Plateau maintained those records in the regular course of its employment, driver management, safety, compliance, and human resources activities.

12. For collision, accident, incident, internal safety, dispatch, claim reporting, and related records concerning the June 23, 2025 collision, Plateau maintained those records in the regular course of its safety, compliance, dispatch, risk management, claim reporting, and business operations.

13. Attached as Exhibit A is a schedule identifying the record categories covered by this declaration.

14. This declaration is intended to provide the foundation for authentication and business record treatment of the records identified in Exhibit A under Federal Rules of Evidence 803(6) and 902(11), subject to any objections preserved by the parties and any ruling of the Court.

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23 2026, at Austell, Georgia.

Joseph Bergen
Logistics Support and Telematics
Plateau Excavation, Inc.

**EXHIBIT A**

**SCHEDULE OF RECORDS COVERED BY RECORDS CUSTODIAN DECLARATION**

| **Record Category** | **Description/Examples** | **Production/Bates/File Reference** |
|---|---|---|
| Detailed vehicle telemetry report and related ELD/telematics export/source data for device IRP T-06 and the relevant Plateau vehicle | Detailed Report/vehicle telemetry data for June 22, 2025 through June 24, 2025 for device IRP T-06, including report totals, daily totals, ignition-on/off events, idling starts/ends, moving and high-speed events, daily distance, speed, locations, GPS coordinates, engine-on time, travel time, stop time, and related native exports or source-system records; together with any records identifying the vehicle, device, driver assignment, or custodian for the report and tying the data to the June 23, 2025 collision. | PLATEAU_001463 – PLATEAU_001553 |
| Personnel, employment, qualification, training, safety, and disciplinary records for Kenneth Williams | Employment application and onboarding materials, driver qualification file materials, license and MVR records, safety/training records, policy acknowledgments, performance or discipline records, hours-of-service compliance materials, and other employment or driver-management records maintained by Plateau. | PLATEAU_000001 – PLATEAU_001442 |
| Collision, incident, accident, internal safety, dispatch, and claim reporting records concerning the June 23, 2025 collision | Incident reports, accident reports, internal safety materials, dispatch communications, fleet or vehicle records tied to the event, claim reporting records, photos, diagrams, statements, and related materials maintained by Plateau concerning the collision involving Mia Brown, Kenneth Williams, and Plateau. | PLATEAU_000001 – PLATEAU_001442 |